No. 1423, Misc. MITCHELL *v.* TAHASH, WARDEN. C. A. 8th Cir. Certiorari denied. *John S. Connolly* for petitioner.

No. 1426, Misc. HATTON *v.* UNITED STATES. Ct. Cl. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall* for the United States.

No. 1428, Misc. VAN SLYKE *v.* LaVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1429, Misc. FARRANT *v.* BENNETT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 1450, Misc. OPPENHEIMER *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 1452, Misc. BUCK *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 1453, Misc. ROMERO *v.* PATTERSON. Sup. Ct. Colo. Certiorari denied.

No. 1454, Misc. WATKINS *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 1456, Misc. WILLIAMS *v.* NEW MEXICO ET AL. Sup. Ct. N. M. Certiorari denied.

No. 1461, Misc. STAFFORD *v.* CALIFORNIA ET AL. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied. Petitioner *pro se.* *Thomas C. Lynch,* Attorney General of California, and *Sanford N. Gruskin,* Deputy Attorney General, for respondents.